IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 20-cv-199

MOLLY CORDELL )
)
    Plaintiff(s), )
)  **CERTIFICATION AND REPORT**
vs. )  **OF FED. R. CIV. P. 26(F)**
)  **CONFERENCE AND**
CHEROKEE COUNTY, ET AL., )  **DISCOVERY PLAN**
)
    Defendant(s). )
)

1. Certification of Conference. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 17, 2020, by telephone and was conducted by the undersigned counsel for the designated parties in the above captioned case.

2. Pre-Discovery Disclosures. The majority of information required by Fed. R. Civ. P. 26(a)(1) *(check one)* [ x ] has been exchanged [ ] in *Hogan v. Cherokee County*, 18 cv 96. To the extent that additional disclosures are necessary, those will be exchanged by September 20, 2020.

   Discovery Plan. The Parties have moved to consolidate this case with *Heaven Cordell v. Cherokee County*, 20-cv-201, *Stephanie Godbold v. Cherokee County,* 1:20-cv- 202 and *Hogan*, and would request that discovery end August 2, 2021. The Parties jointly propose to the court the following discovery plan:

   a) Discovery Limits:

   1) Maximum of 20 interrogatories by plaintiff and 40 interrogatories from defendants collectively.
   2) Maximum of 20 requests for admission by plaintiff and 40 requests for admission from defendants collectively.
   3) Maximum of 15 fact depositions by plaintiff and 15 fact depositions by defendants collectively.
   4) Maximum of 5 depositions by written questions by plaintiff and 5 depositions by written questions by defendants collectively.

b) Expert Witnesses: Plaintiff may designate up to 10 expert witnesses. Defendants collectively may designate up to 10 expert witnesses.

c) Reports from retained experts under Rule 26(a)(2) will be due:

-from plaintiff(s), six months after any final ruling on the Plaintiff's motion for class certification.
-from defendant(s) ,sixty days after the Plaintiff's expert reports.

Supplementations under Rule 26(e) due within 30 days of discovery of information needed to be supplemented.

3. Other Items.

a) The parties [ ] request [ x ] do not request a conference with the court before entry of the scheduling order. However, all counsel are available to discuss this report if the Court has questions or concerns.

b) All potentially dispositive motions should be filed sixty days after discovery ends.

c) Settlement: [ ] is likely

    [ ] is unlikely
    [ x ] cannot be evaluated prior to the end of discovery
    [ x ] may be enhanced by use of the following ADR procedure:
        [ x ] mediated settlement conference
        [ ] binding arbitration
        [ ] other _____

The parties agree that the above selected ADR procedure would be most useful if conducted:

    [ ] after resolution of any outstanding dispositive motions, but prior to further discovery;
    [ ] after an initial round of preliminary discovery to be completed by _____*(date)*;
    [ x ] after the completion of the second phase of discovery. The Parties have discussed selection of a mediator, and anticipate selecting one shortly.
    [ ] after resolution of summary judgment motions, if any;

[ ] not applicable.

  d) Pretrial submissions:

  1) Final lists of witnesses and exhibits under Rule 26(a)(3) are due: from plaintiff and defendants by 30 days before trial.

  2) Proposed jury instructions are due from plaintiff and defendants 15 days before trial;

  3) Motions in limine are due from plaintiff and defendants 14 days before the pre-trial conference.

  4) Stipulations are due one week before the pretrial conference.

  e) If the case is ultimately tried, trial is expected to take approximately 7-10 days, although the length may change depending on the issues presented to the Court.

  f) [ ] The parties have discussed the issue of consent to the jurisdiction of a U.S. Magistrate Judge, and [ ] there is [ x ] there is not unanimous consent.

  *[If the parties unanimously consent to Magistrate Judge jurisdiction, the parties shall also file with the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85)].*

4. Please identify any other matters regarding discovery or case management which may require the Court's attention (e.g., concerns re: confidentiality, protective orders, preservation of ESI materials, unmovable scheduling conflicts, etc.):

3

Case 1:20-cv-00199-MR-WCM   Document 5   Filed 08/26/20   Page 3 of 4

This the 26th day of August, 2020.

                                                s/ David A. Wijewickrama
                                                s/ Brandon Christian

                                                s/ Ron Moore

                                                s/ Melissa Jackson

                                                s/ Sean Perrin
                                                s/ Patrick Flanagan
                                                s/ John Kubis