IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **BRIAN HOGAN**, on his own behalf and as representative of all unnamed class members who are similarly situated, and **BRIAN HOGAN**, as parent and next friend of H.H., both on her own behalf and as representative of all unnamed class members who are similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | 1:18 CV 96 |
| v. | ) ) | |
| **CHEROKEE COUNTY, CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES,** **SCOTT LINDSAY**, in his individual capacity, **CINDY PALMER**, in her individual capacity, **SCOTT LINDSAY**, in his official capacity as Attorney for Cherokee County Department of Social Services, **CINDY PALMER**, in her official capacity as Director of Cherokee County Department of Social Services, **DSS SUPERVISOR DOE #1**, both in his/her individual capacity and his/her capacity as an employee of Cherokee County Department of Social Services, **and DSS SOCIAL WORKER DOE #1**, both in his/her individual capacity and his/her official capacity as an employee of Cherokee County Department of Social Services, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

................................................................

| | | |
|---|---|---|
| **MOLLY CORDELL**, | ) ) | 1:20 CV 199 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **CHEROKEE COUNTY,** | ) | |

1

SCOTT LINDSAY, in his official capacity as DSS           )
Attorney for Cherokee County,                            )
SCOTT LINDSAY, in his individual capacity,               )
CINDY PALMER, in her official capacity                   )
as Director of DSS in Cherokee County,                   )
CINDY PALMER, in her individual capacity,                )
                                                         )
            Defendants.                                  )

..................................................................

HEAVEN CORDELL,                                          )
                                                         )
                                                         )    1:20 CV 201
            Plaintiff,                                   )
                                                         )
   v.                                                    )
                                                         )
CHEROKEE COUNTY,                                         )
SCOTT LINDSAY, in his official capacity as DSS           )
Attorney for Cherokee County,                            )
SCOTT LINDSAY, in his individual capacity,               )
CINDY PALMER, in her official capacity                   )
as Director of DSS in Cherokee County,                   )
CINDY PALMER, in her individual capacity,                )
                                                         )
            Defendants.                                  )

..................................................................

STEPHANIE GODBOLD, by and through her                    )
Guardian, Teresa Holloway,                               )
                                                         )    1:20 CV 202
            Plaintiff,                                   )
                                                         )
   v.                                                    )
                                                         )
CHEROKEE COUNTY,                                         )
SCOTT LINDSAY, in his official capacity as DSS           )
Attorney for Cherokee County,                            )
SCOTT LINDSAY, in his individual capacity,               )
CINDY PALMER, in her official capacity                   )
as Director of DSS in Cherokee County,                   )

| | |
|---|---|
| **CINDY PALMER**, in her individual capacity, | ) |
| **DONNA CRAWFORD**, in her official capacity as | ) |
| Director of DSS for Cherokee County, | ) |
| **DONNA CRAWFORD**, in her individual capacity, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Currently pending before the Court is a Consent Motion to Consolidate (the "Motion," Doc. 45), through which the parties request that the above-captioned cases be consolidated for the purposes of discovery and pre-trial motions.[1]

The undersigned finds that a hearing with counsel for all parties in all four cases would be helpful. During the hearing, and in addition to the basis for the Motion generally, counsel should be prepared to discuss:

(1) The progress of the <u>Hogan</u> matter and the remaining necessary discovery, if any, to be taken in that case;

(2) The feasibility of consolidating the <u>Molly Cordell</u>, <u>Heaven Cordell</u>, and <u>Godbold</u> matters only; and

(3) Any additional issues related to a pretrial schedule for the <u>Molly Cordell</u>, <u>Heaven Cordell</u>, and <u>Godbold</u> matters.

---

[1] The Motion has been filed in the <u>Hogan</u> matter only but has been signed by counsel in all of these cases.

3

Accordingly, the Clerk is respectfully **DIRECTED** to schedule a hearing on the Consent Motion to Consolidate (Doc. 45). Additionally, the Clerk is respectfully **DIRECTED** to file a copy of this Order in each case referenced above.

It is so ordered.

Signed: September 3, 2020

W. Carleton Metcalf
United States Magistrate Judge