UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:20-cv-199

| | |
|---|---|
| MOLLY CORDELL, </br></br> Plaintiff, </br></br> v. </br></br> CHEROKEE COUNTY, SCOTT LINDSAY, in both his individual capacity and official capacity as DSS attorney for Cherokee County, and CINDY PALMER, in both her individual capacity and official capacity as Director of the Department of Social Services for Cherokee County, </br></br> Defendants. | **NOTICE OF WITHDRAWAL** |

THIS CAUSE comes before the Court for an Order allowing Virginia M. Wooten, individually, of the law firm Cranfill Sumner LLP, to withdraw as counsel of record for the Defendants Cherokee County, Scott Lindsay, and Cindy Palmer (collectively "Defendants"). In support of this motion, Virginia M. Wooten states that she is leaving the law firm of Cranfill Sumner, LLP as of November 16, 2021 and that Patrick H. Flanagan of Cranfill Sumner, LLP will continue as counsel of record for Defendants.

WHEREFORE, Virginia M. Wooten respectfully gives notice and moves the Court to allow her to withdraw as counsel of record for Defendants. She may be removed from any applicable service lists.

This the 16th day of November, 2021.

CRANFILL SUMNER LLP

BY:    <u>/s/ Virginia M. Wooten</u>
        Virginia M. Wooten, NC Bar #48180
        P.O. Box 30787
        Charlotte, NC 28230
        Telephone (704) 332-8300
        Facsimile (704) 332-9994
        vwooten@cshlaw.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF WITHDRAWAL** with the Clerk of Court CM/ECF system, which will send notification of such filing to the following:

David A. Wijewickrama
Email: davidwije17@yahoo.com
*Attorney for Plaintiff*

Mary Euler
Email: meuler@mwblawyers.com
*Attorney for Cindy Palmer in her individual capacity*

D. Brandon Christian
Email: brandon.christian@gmail.com
*Attorney for Plaintiff*

Melissa Jackson
Email: MelissaJacksonlaw@gmail.com

Sean F. Perrin
Email: sean.perrin@wbd-us.com
*Attorney for Cherokee County, Scott Lindsay in his official capacity and Cindy Palmer in her official capacity*

Ronald L. Moore
Email: ronron444@aol.com
*Attorney for Plaintiff*

This the 16th day of November, 2021.

                                                 CRANFILL SUMNER LLP

                                        BY:    /s/ Virginia M. Wooten
                                                       Virginia M. Wooten, NC Bar #48180
                                                       P.O. Box 30787
                                                       Charlotte, NC 28230
                                                       Telephone (704) 332-8300
                                                       Facsimile (704) 332-9994
                                                       vwooten@cshlaw.com