UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:20-199

MOLLY CORDELL

    Plaintiff,

vs.

CHEROKEE COUNTY; CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES; SCOTT LINDSAY both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services; DSS SUPERVISOR DOE #1, et al.,

    Defendants.

**NOTICE OF SETTLEMENT**

The Parties hereby inform the Court that they have reached a full and final agreement on all issues in this case.

The terms of this Agreement are as follows:

1. Defendants shall Plaintiff the sum of four million dollars within 30 days of the date of this Agreement;

2. Plaintiff shall execute releases as required by the Defendants in a form acceptable to both Parties, and the Plaintiff shall file a voluntary dismissal with prejudice upon receipt and disbursement of the said proceeds; and

3. Each party shall bear their own costs and fees.

Respectfully submitted, this the 6th day of December, 2021.

s/David A. Wijewickrama
*Attorney for Plaintiff*

s/ Ron Moore
*Attorney for Plaintiff*

s/Melissa Jackson
*Attorney for Plaintiff*

s/Patrick Flanagan
*Attorney for Scott Lindsay in his individual capacity*

s/D. Brandon Christian
*Attorney for Plaintiff*

s/Mary Euler
*Attorney for Cindy Palmer in her individual capacity*

s/Sean F. Perrin
*Attorney for Defendants Cherokee County, Cherokee County Department of Social Services, Scott Lindsay in his official capacity and Cindy Palmer in her official capacity*